UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CAESARS ENTERPRISE SERVICES, LLC | CIVIL ACTION NO. 20-0242 |
| VERSUS | JUDGE DONALD E. WALTER |
| LESLIE MCMURRAY AND RICE & KENDING, LLC | MAGISTRATE JUDGE HORNSBY |

### ORDER OF DISMISSAL

The Court having been advised by counsel that the above civil action has been settled,

**IT IS ORDERED** that the above-captioned matter be and is hereby provisionally **DISMISSED**, without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that within ninety (90) days of the signing of this Order, the parties shall submit to the Court (1) a joint motion to dismiss accompanied by a proposed order; or (2) a Rule 41(a)(1)(ii) stipulation of dismissal signed by all parties who have appeared in this action. Any motion that may be pending relating to this matter is hereby **DENIED AS MOOT**.

The Clerk of Court is now requested to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 9th day of March, 2020.

DONALD E. WALTER.
UNITED STATES DISTRICT JUDGE